IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                                        Criminal Action No. 5:08-MJ-360

v.

JEFFREY SULLIVAN,

                    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Criminal Complaint against Jeffrey Sullivan, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:  Defendant completed pre-trial diversion

With respect to this dismissal, defendant (check one):

__X__  Consents

____  Objects

____  Has not been consulted

This dismissal is without prejudice.

ANDREW T. BAXTER<br>
United States Attorney

By: John M. Katko
Assistant U.S. Attorney
Bar Roll No. 502457

Leave of court is granted for the filing of the foregoing dismissal.

Dated:  October 13, 2009
Syracuse, New York

Hon. Gustave J. DiBianco
United States Magistrate Judge

2